**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| COREY BARNETT, Individually and On Behalf of All Others Similarly Situated,<br><br>                        Plaintiff,<br><br>     vs.<br><br>THE FINISH LINE, INC., GLENN S. LYON, TORRENCE BOONE, RICHARD P. CRYSTAL, CATHERINE A. LANGHAM, STEPHEN GOLDSMITH, WILLIAM P. CARMICHAEL, SAMUEL M. SATO, and FAISAL MASUD,<br><br>                        Defendants. | **Civil Action: 1:18-cv-1580-TWP-TAB**<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Corey Barnett ("Plaintiff") files this notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41. Defendants have not filed an Answer or moved for summary judgment. No class has been certified in the Action.

Because this notice of dismissal is being filed before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon filing of this notice.

Dated: July 11, 2018

        **PAVLACK LAW, LLC**

By:   */s/ Eric S. Pavlack*
      Eric S. Pavlack (#21773-49)
      Colin E. Flora (#29914-49_
      9011 N. Meridian Street, Suite 203
      Indianapolis, IN  46260
      Telephone: (317) 251-1100
      Facsimile: (317) 2520-0325
      Email: colin@pavlacklawfirm.com

      -and-

      **GAINEY McKENNA & EGLESTON**
      Thomas J. McKenna
      Gregory M. Egleston
      440 Park Avenue South
      New York, NY  10016
      Telephone: (212) 983-1300
      Facsimile: (212) 983-0383
      Email: tjmckenna@gme-law.com
      Email: gegleston@gme-law.com

      *Attorneys for Plaintiff*